## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **MIKE THOMPSON**, Member of the Kansas Senate, in his official capacity and **MICHAEL MURPHY**, Member of the Kansas House of Representatives, in his official capacity, | |
| Plaintiffs, | |
| vs. | |
| **TY MASTERSON**, President of the Kansas Senate, in his official capacity and **DANIEL HAWKINS**, Speaker of the Kansas House of Representatives, in his official capacity, | |
| Defendants. | |
| and | |
| **ETHAN CORSON**, Member of the Kansas Senate, in his official capacity, **DINAH SYKES**, Member of the Kansas Senate, in her official capacity, **MARCI FRANCISCO**, Member of the Kansas Senate, in her official capacity, **TOM HOLLAND**, Member of the Kansas Senate, in his official capacity, **PAT PETTEY**, Member of the Kansas Senate, in her official capacity, **CINDY HOLSCHER**, Member of the Kansas Senate, in her official capacity, **MARY WARE**, Member of the Kansas Senate, in her official capacity, **JERRY STOGSDILL**, Member of the Kansas House of Representatives, in his official capacity, **JOHN CARMICHAEL**, Member of the Kansas House of Representatives, in his official capacity, and **DAN OSMEN**, Member of the Kansas House of Representatives, in his official capacity, | Case No. 5:23-cv-04120-TC-GEB |
| Proposed Defendant-Intervenors. | |

**MOTION TO INTERVENE AS DEFENDANTS**

Kansas State Senators Ethan Corson, Dinah Sykes, Marci Francisco, Tom Holland, Pat Pettey, Cindy Holscher, and Mary Ware, as well as Kansas State Representatives Jerry Stogdsill, John Carmichael, and Dan Osmen (*collectively*, the "Intervening Legislators"), in their official capacities, respectfully request this Court acknowledge their intervention as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, the Intervening Legislators ask this Court's permission to intervene under Federal Rule of Civil Procedure 24(b). For the reasons set forth in the memorandum in support of the motion and attached proposed answer, the Intervening Legislators request that the Court grant this motion.

The Intervening Legislators also move the Court to suspend the deadline described in the Court's Order on the Joint Motion to Close the Pleadings and Stay Discovery, *see* ECF Doc. 9, pending resolution of this motion.

February 9, 2024

Respectfully submitted,

Dentons US LLP

By: /s/ Mark P. Johnson

Mark P. Johnson (KS # 22289)
Stephen R. McAllister (KS # 15845)
Parker B. Bednasek (KS # 29337)
Harrison M. Rosenthal (KS # 28894)

4520 Main St., Ste. 1100
Kansas City, MO 64111
Phone: (816) 460-2400
Fax: (816) 531-7545
mark.johnson@dentons.com
stephen.mcallister@dentons.com
parker.bednasek@dentons.com
harrison.rosenthal@dentons.com

*Counsel for Proposed Defendant-Intervenors*

1

2

**Certificate of Service**

I certify that a true and correct copy of the foregoing was served by electronic mail, via the Court's e-filing system, on February 9, 2024, on counsel for the Plaintiffs and Defendants.

/s/ Mark P. Johnson
*Counsel for Proposed
Defendant-Intervenors*