IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS—TOPEKA DIVISION

| | |
|---|---|
| MIKE THOMPSON, Member of the Kansas Senate, in his official capacity, and MICHAEL MURPHY, Member of the Kansas House of Representatives, in his official capacity,<br><br>Plaintiffs,<br><br>v.<br><br>TY MASTERSON, President of the Kansas Senate, in his official capacity, and DANIEL HAWKINS, Speaker of the Kansas House of Representatives, in his official capacity,<br><br>Defendants. | No. 5:23-cv-04120-TC-GEB |

**PLAINTIFFS' MOTION TO ALTER JUDGMENT**

Pursuant to Fed. Rule of Civil Procedure 59(e), Plaintiffs respectfully move to alter the Judgment entered herein on November 5, 2025. (Doc. 54.).

The Judgment recites the following operative language:

> **Pursuant to the Court's Memorandum and Order filed on November 5, 2025, this case is dismissed in favor of Plaintiffs Mike Thompson and Michael Murphy.**

Plaintiffs respectfully suggest that the word "dismissed" in this statement is confusing and does not appear to most precisely represent the nature of the Memorandum and Order issued by the Court. (Doc. 53).

Plaintiffs respectfully suggest that the following paragraph should be substituted to provide clarity and to ensure that the Court's decision is accurately reflected:

> **This action came before the Court. The issues have been considered and a decision has been rendered. Pursuant to the Court's Memorandum and Order filed on November 5, 2025, the Court entered a declaratory judgment in favor of Plaintiffs Mike Thompson and Michael Murphy which fully resolves this matter.**

1

| | |
|---|---|
| Dated: November 10, 2024 | Respectfully Submitted, |
| /s/ Michael P. Farris | /s/ Edward D. Greim |
| Michael P. Farris | Edward D. Greim, No. 21077 |
| Washington Supreme Court No. 6883 | Katherine E. Graves, No. 79151 |
| 660 N. Capitol Street NW, Suite 210 | Graves Garrett Greim LLC |
| Washington, DC 20001 | 1100 Main Street, Suite 2700 |
| *Admitted Pro Hac Vice* | Kansas City, MO 64105 |
| Tel: 202-341-4783 | Tel: 816-256-3181 |
| mfarris@cosaction.com | Fax: 816-256-5958 |
| *Attorney for Plaintiffs* | edgreim@gravesgarrett.com |
| | kgraves@gravesgarrett.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 10th day of November, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

/s/ Edward D. Greim
*Attorney for Plaintiffs*