IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS—TOPEKA DIVISION

| | |
|---|---|
| MIKE THOMPSON, Member of the Kansas Senate, in his official capacity, and MICHAEL MURPHY, Member of the Kansas House of Representatives, in his official capacity,<br><br>        Plaintiffs,<br><br>        v.<br><br>TY MASTERSON, President of the Kansas Senate, in his official capacity, and DANIEL HAWKINS, Speaker of the Kansas House of Representatives, in his official capacity,<br><br>        Defendants. | No. 5:23-cv-04120-TC-GEB |

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND NONTAXABLE EXPENSES**

Plaintiffs Mike Thompson and Michael Murphy ("Plaintiffs"), as the prevailing party in this complex, years-long litigation, move for their attorneys' fees and nontaxable costs under 42 U.S.C. §1988(b). In total, those fees and nontaxable costs total $114,041.70.

1. On November 5, 2025, this Court granted in full Plaintiffs' Motion for Judgment on the Pleadings, holding, in relevant part, that Article II, Section 13 of the Kansas Constitution violates Article V of the United States Constitution. **Doc. 53, at 22**.

2. 42 U.S.C. §1988(b) "allow[s] the prevailing party, other than the United States, a reasonable attorney's fee as part of the costs[.]" This includes "other out-of-pocket expenses incurred during litigation." *Jane L. v. Bangerter,* 61 F.3d 1505, 1517 (10th Cir.1995).

3. Plaintiffs obtained all the relief they sought in this case, including declaratory and injunctive relief under 42 U.S.C. 1983. The Court declared Article II, Section 13 of the Kansas Constitution unconstitutional based on Plaintiffs' challenge under Article V of the United States

Constitution.[1] **Doc. 53, at 22**. Plaintiffs are therefore entitled to a judgment against Defendants for their reasonable attorneys' fees and expenses incurred in achieving this favorable result.

4. Plaintiffs ask the Court to award fees for their out-of-state counsel and Kansas counsel. Plaintiffs seek $55,230 for fees paid to their out-of-state counsel and $57,357.85 paid to Kansas counsel; a total of $112,587.85. In addition, Plaintiffs seek $1,453.85 for nontaxable expenses recoverable under 42 U.S.C. § 1988(b). Said expenses were not ordinary law firm overhead and were regularly billed to Plaintiffs. In total, Plaintiffs request $114,041.70 in recoverable fees and expenses.

5. Under Local Rule 54.2(a), Plaintiffs have already initiated consultation with the Defendant regarding this fee request and the parties have scheduled a meet-and-confer for Monday, November 24, 2025. If the parties reach agreement, they will file an appropriate stipulation and request for an order. See Rule 54.2(b). If the parties fail to reach agreement within 30 days of today's date (i.e., by December 19, 2025), Plaintiffs will support their request with the materials required under Rule 54.2(c), including but not limited to Suggestions in Support of this Motion, which shall include time records, affidavits, or other evidence as required by Local Rule 54.2(e).

WHEREFORE, for the reasons stated herein and in any forthcoming Suggestions in Support and its attending exhibits, Plaintiffs pray for judgment in their favor and against Defendants as follows:

a. Plaintiffs ask for judgment against Defendant and in their favor for reasonable attorneys' fees incurred in this matter in the amount of $112,587.85;

b. Plaintiffs ask for judgment against Defendants in their favor for their reasonable nontaxable expenses incurred in this matter in the amount of $1,453.85; and,

---

[1] Plaintiffs have moved the Court to alter the language in its Judgment entered on November 5, 2025. **Doc. 55**.

    c.    Plaintiffs request such other and further relief as the Court deems appropriate and just.

Dated: November 19, 2025

/s/ Michael P. Farris
Michael P. Farris
Washington Supreme Court No. 6883
660 N. Capitol Street NW, Suite 210
Washington, DC 20001
*Admitted Pro Hac Vice*
Tel: 202-341-4783
mfarris@cosaction.com
*Attorney for Plaintiffs*

*Respectfully Submitted,*

/s/ Edward D. Greim
Edward D. Greim, No. 21077
Katherine E. Graves, No. 79151
Graves Garrett Greim LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Tel: 816-256-3181
Fax: 816-256-5958
edgreim@gravesgarrett.com
kgraves@gravesgarrett.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I do hereby certify that, on this 19th day of November, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

                                                            /s/ Edward D. Greim
                                                            *Attorney for Plaintiffs*