**In the United States District Court
for the District of Kansas**

———————

Case No. 23-cv-04120-TC

———————

MIKE THOMPSON,
MICHAEL MURPHY,

*Plaintiffs*

v.

TY MASTERSON,
DANIEL HAWKINS,

*Defendants*

v.

ETHAN CORSON, DINAH SYKES, MARCI FRANCISCO,
TOM HOLLAND, PAT PETTEY, CINDY HOLSCHER,
MARY WARE, JERRY STOGSDILL,
JOHN CARMICHAEL, AND
DAN OSMEN,

*Intervenor Defendants*

———————

**AMENDED JUDGMENT IN A CIVIL CASE**

☐   Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**This action came before the Court. The issues have been considered and a decision has been rendered. Doc. 53. Pursuant to the Court's Memorandum and Order filed on November 5, 2025, the Court entered a declaratory judgment in favor of Plaintiffs Mike Thompson and Michael Murphy which fully resolves this matter.**

Date:  December 11, 2025          SKYLER B. O'HARA
                                  CLERK OF THE DISTRICT COURT

                                  By:    s/  Traci Anderson
                                              Deputy Clerk